IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OTSUKA AMERICA PHARMACEUTICAL, INC. and AVANIR PHARMACEUTICALS, LLC f/k/a AVANIR PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-647 (GBW) |
| HETERO LABS LIMITED, HETERO LABS LTD. UNIT-III, and CAMBER PHARMACEUTICALS, INC., | ) ) ) ) | ██████████████ ██████████████ |
| Defendants. | ) ) | REDACTED - PUBLIC VERSION |

## <u>DECLARATION OF JOHN P. GALANEK</u>

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
James Baker
John P. Galanek
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs Otsuka America*
*Pharmaceutical, Inc. and Avanir*
*Pharmaceuticals, LLC f/k/a Avanir*
*Pharmaceuticals, Inc.*

Original Filing Date: June 13, 2025
Redacted Filing Date: July 18, 2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| OTSUKA AMERICA PHARMACEUTICAL, INC. and AVANIR PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HETERO LABS LTD., HETERO LABS LTD. III, and HETERO USA, INC., <br><br> Defendants. | C.A. No. 25-cv-00647-GBW |

## <u>DECLARATION OF JOHN P. GALANEK</u>

I, John P. Galanek, declare, under penalty of perjury, as follows:

1.      I am of counsel at the firm Quinn Emanuel Urquhart & Sullivan LLP, counsel representing Plaintiffs Otsuka America Pharmaceutical, Inc. and Avanir Pharmaceutical, Inc. (together, "Otsuka"), and an attorney admitted to practice in the State of New York.  I submit this Declaration to the Court in support of the Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the December 2022 NUEDEXTA® Package Insert.

3.      Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,659,282 ("the '282 patent").

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Orange Book listing for NUEDEXTA®.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Drugs at FDA page for ANDA No. 218426®.

6.     Attached hereto as Exhibit 5 is a true and correct copy of the December 2023 package insert for Hetero's Generic Product that Hetero submitted as part of its Abbreviated New Drug Application ("ANDA") No. 218426 ("Hetero's ANDA"), produced with Bates numbers Hetero_DMQ_0032144-165.

7.     Attached hereto as Exhibit 6 is a true and correct copy of the entry for Hetero's Generic Product in the National Drug Codes list, available at https://ndclist.com/ndc/31722-693.

8.     ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████

9.     █████████████████████████████████████████

███████████████████████████████████████████████████

10.     Attached hereto as Exhibit 9 is a true and correct copy of a May 22, 2025 email from William A. Rakoczy to Nick Cerrito and Eric Stops.

11.     ███████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████

12.     Attached hereto as Exhibit 11 is a true and correct copy of the 2025 UPS® Tariff/Terms & Conditions of Service, available at https://www.ups.com/us/en/support/shipping-support/legal-terms-conditions.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the United States Postal Service's guidance on return receipts, available at  https://faq.usps.com/s/article/Return-Receipt-The-Basics.

14.     ██████████████████████████████████████████

███████████████████████████████████████████

████████████████████████

 

 

 

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on June 13, 2025, at New York, NY.

 

/s/ John P. Galanek
John P. Galanek

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 13, 2025, upon the following in the manner indicated:

John C. Phillips, Jr.                                                         *VIA ELECTRONIC MAIL*
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806-4204
*Attorneys for Defendants*

William A. Rakoczy                                                      *VIA ELECTRONIC MAIL*
Claude J. Vandevender
Greg L. Goldblatt
Joseph T. Jaros
Neil B. McLaughlin
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60654
*Attorneys for Defendants*

*/s/ Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)