# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA AMERICA PHARMACEUTICAL, INC. and AVANIR PHARMACEUTICAL, LLC f/k/a AVANIR PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HETERO LABS LIMITED, HETERO LABS LTD. UNIT-III and CAMBER PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 25-647-GBW |

## [PROPOSED] ORDER

At Wilmington, this 25TH day of August, 2025, the Court having considered Defendants' Motion for Leave to File Their Motion to Partially Redact Memorandum Opinion and supporting declaration under seal ("Motion") and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
The Honorable Gregory B. Williams
United States District Court Judge