IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OTSUKA AMERICA PHARMACEUTICAL, INC. and AVANIR PHARMACEUTICALS, LLC | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 25-647-GBW |
| v. | ) ) | |
| HETERO LABS LIMITED, HETERO LABS LTD. UNIT-III, and CAMBER PHARMACEUTICALS, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

## **MEMORANDUM ORDER SETTING REQUIRED BOND AMOUNT**

WHEREFORE, on July 23, 2025, this Court entered a Memorandum Opinion (D.I. 100) and Order (D.I. 101) granting Plaintiffs Otsuka America Pharmaceutical, Inc. and Avanir Pharmaceuticals, LLC (together, "Otsuka" or "Plaintiffs") Amended Motion for a Preliminary Injunction and waiving the bond requirement (D.I. 41, in part);

WHEREFORE, on August 8, 2025, Defendants Hetero Labs Limited, Hetero Labs Ltd. Unit III, and Camber Pharmaceuticals, Inc. (collectively, "Hetero" or "Defendants") appealed this Court's grant of Otsuka's Amended Motion for a Preliminary Injunction and waiver of the bond requirement (*see* D.I. 128); and

WHEREFORE, on July 1, 2026, the United States Court of Appeals for the Federal Circuit (1) affirmed this Court's grant of Otsuka's Amended Motion for a Preliminary Injunction ; and (2) vacated and remanded back to this Court for reconsideration the decision to waive the Federal Rule of Civil Procedure 65(c) bond requirement.

AND NOW, this 8th day of July 2026, the Court having reconsidered its prior decision to waive the Federal Rule of Civil Procedure 65(c) bond requirement and having considered the parties' respective arguments on the amount of the bond required, IT IS HEREBY ORDERED that, on or before July 17, 2026, Plaintiffs shall collectively post bond secured in the amount of $5,000,000.00 (Five Million Dollars) and shall provide the Court and Defendants with evidence that the bond has been posted. The bond amount shall remain in effect during the pendency of this action or until further Order of the Court. In the event that Plaintiffs fail to post the bond as required herein, the preliminary injunction (D.I. 100 and D.I. 101) may be withdrawn or terminated by Order of the Court.

_____

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

2